IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FTR CONSULTING, INC., derivatively on behalf of MTC TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>RAJESH K. SOIN, VISHAL SOIN, AMOL SOIN, INDU SOIN and MTC TECHNOLOGIES, INC.,<br><br>Defendants. | C. A. No. 05-00008 (KAJ) |

### DECLARATION OF THERESE C. MOHN

I, THERESE C. MOHN, state as follows:

1. I am over the age of 21, am competent to make this Declaration, and have personal knowledge of the facts contained in this Declaration.

2. I am currently the Assistant Treasurer for MTC Technologies, Inc.

3. Attached hereto as Exhibit A is a true and correct copy of MTC Technologies, Inc. Resolutions of the Independent Directors Adopted at a Meeting Held on September 30, 2003.

4. Attached hereto as Exhibit B is a true and correct copy of MTC Technologies, Inc. Resolutions of the Special Committee of the Board of Directors Adopted at a Meeting Held on September 30, 2003.

5.	Attached hereto as Exhibit C is a true and correct copy of Modern Technologies Corp. Written Action of the Sole Shareholder Without a Meeting.

I declare under penalty of perjury of the laws of the United States that the foregoing is true to the best of my knowledge and belief.

DATED this 4th day of March, 2005.

_____
Therese C. Mohn