# EXHIBIT A TO <u>DECLARATION</u> <u>OF</u> <u>THERESE C.</u> <u>MOHN</u>

## MTC TECHNOLOGIES, INC.

## RESOLUTIONS OF THE INDEPENDENT DIRECTORS
### ADOPTED AT A MEETING HELD ON SEPTEMBER 30, 2003

### Authority of Special Committee of the Board of Directors

WHEREAS, the directors of MTC Technologies, Inc. (the *"Company"*) that are not related to the selling shareholders of International Consultants, Inc. ("*ICI*") (the *"Independent Directors"*), deem it to be desirable and in the best interests of the Company and its shareholders to form a special committee of its independent directors for the purpose of considering and acting upon the proposed acquisition (the *"Proposed Acquisition"*), by the Company, through its wholly owned subsidiary, Modern Technologies Corp., of the stock of ICI, and to provide the special committee with the authority necessary for the special committee to discharge its duties on an independent basis.

NOW, THEREFORE, BE IT RESOLVED, that a special committee (the *"Special Committee"*) consisting of William E. MacDonald, III, Lawrence A. Skantze, Don R. Graber and Kenneth A. Minihan be, and it hereby is, formed for the purpose of considering and acting upon the Proposed Acquisition;

RESOLVED FURTHER, that the Special Committee has full authority to approve or reject the Proposed Acquisition and to consider all alternatives to the Proposed Acquisition available to the Company and, at the expense of the Company, to take any other actions, or obtain any such information, that the Special Committee may deem to be necessary or appropriate in connection with the discharge of its duties in considering and acting upon the Proposed Acquisition;

RESOLVED FURTHER, that the financial advisor previously engaged by the Company to assist the Board of Directors in evaluating the Proposed Acquisition, Raymond James & Associates, Inc. (*"Raymond James"*), is hereby instructed by the Independent Directors to report to, and to provide any assistance that may be requested to, the Special Committee, which is hereby given the authority to direct and control the services that may be provided by Raymond James; and

RESOLVED FURTHER, that the Special Committee is hereby given the authority to retain, at the expense of the Company, its own legal counsel, and such other advisors, as it may deem to be necessary or appropriate to assist the Special Committee in the discharge of its duties.

**General**

      **RESOLVED**, that any and all actions previously or subsequently taken or caused to be taken by the Independent Directors or the officers of the Company, excluding Rajesh K. Soin (the "*Authorized Officers*"), or any of them, in connection with any of the matters contemplated by any of the foregoing resolutions, are hereby acknowledged to be duly authorized acts and deeds performed on behalf of the Company and are hereby ratified, approved and confirmed in all respects; and

      **FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered to do or cause to be done, in the name and on behalf of the Company, any and all such other acts and things and to negotiate, execute, attest, seal, deliver and/or file in the name and on behalf of the Company, any and all such agreements, consents, certificates, financing statements, documents and instruments as such Authorized Officer or Authorized Officers may deem necessary, advisable or appropriate to effectuate the foregoing resolutions or to implement the intent and purposes of such resolutions, and any agreement, consent, certificate, financing statement, document, or instrument so executed or act or thing so done or caused to be done by them, or any of them, shall be conclusive evidence of such Authorized Officer's or Authorized Officers' authority in so doing.

CLI-1120980v6

# EXHIBIT B TO DECLARATION OF THERESE C. MOHN

## MTC TECHNOLOGIES, INC.

### RESOLUTIONS OF THE SPECIAL COMMITTEE
### OF THE BOARD OF DIRECTORS
### ADOPTED AT A MEETING HELD ON
### SEPTEMBER 30, 2003

---

### Stock Purchase Agreement and Related Transactions

WHEREAS, all material and relevant factors, including, without limitation, the terms of the form Stock Purchase Agreement (the "*Purchase Agreement*") by and among the Company, Modern Technologies Corp., an Ohio corporation and wholly owned subsidiary of the Company ("*MTC*"), and the shareholders of International Consultants, Inc. ("*ICI*") listed on the signature page of the Purchase Agreement (collectively, the "*Shareholders*"), and the transactions contemplated thereby, the interests of Rajesh K. Soin in, and his relationship to the Shareholders who are parties to, the Purchase Agreement and the transactions contemplated thereby, and the advice and recommendation of Raymond James & Associates, Inc., the financial advisor to the special committee of the Board of Directors of the Company (the "*Special Committee*") (including, without limitation, the fairness opinion rendered thereby), have been reviewed by the Special Committee; and

WHEREAS, in light of the interests of Rajesh K. Soin in, and his relationship to the Shareholders who are parties to, the Purchase Agreement and the transactions contemplated thereby, Rajesh K. Soin has not participated, is not participating and will not participate in the discussions of the Special Committee regarding and any approval and adoption of the Purchase Agreement and the transactions contemplated thereby.

NOW, THEREFORE, BE IT RESOLVED, that the Special Committee hereby approves and adopts the Purchase Agreement and the transactions contemplated thereby, and that the Company be, and it hereby is, authorized and empowered to enter into the Purchase Agreement and all other agreements and instruments executed and delivered or to be executed and delivered by the Company in connection with the Purchase Agreement, including, without limitation, the Ancillary Agreements, including those agreements specifically set forth on **Annex A** (collectively, the "*Transaction Documents*"), in the form presented to the directors of the Company, with such additions, deletions, completions and modifications to such Transaction Documents as the officers of the Company, excluding Rajesh K. Soin (each, an "*Authorized Officer*" and collectively, the "*Authorized Officers*"), or any of them, may approve, providing for the acquisition by the Company of all of the issued and outstanding shares of ICI; and

FURTHER RESOLVED, that any of the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to execute and deliver the Purchase Agreement, the Ancillary Agreements, as applicable, and the Transaction Documents, as applicable, with such additions, deletions, changes or modifications as such Authorized Officer executing the same shall approve, such execution and delivery to

conclusively evidence the authorization and approval thereof by the Company, and are each hereby authorized and empowered to cause the Company to perform its obligations and exercise its rights under the Transaction Documents and to take any other action and make any such filings as such Authorized Officer deems necessary or desirable in connection with the execution, delivery and performance of the Purchase Agreement, the Ancillary Agreements, as applicable, and the Transaction Documents, as applicable, and the consummation of the transactions contemplated thereby.

## Issuance of Common Stock

**RESOLVED**, that the number of shares of the authorized but unissued common stock, par value $0.001 per share, of the Company (the "**Common Stock**"), and/or any shares of Common Stock held in treasury, necessary to satisfy the Company's obligations under the Purchase Agreement, but not to exceed 640,000 shares, are hereby reserved for issuance in accordance with the Purchase Agreement;

**FURTHER RESOLVED**, that the issuance and sale by the Company of shares of Common Stock pursuant to the Purchase Agreement, and subject to the terms and conditions of the Purchase Agreement, be and hereby is authorized and approved;

**FURTHER RESOLVED**, that upon the issuance of shares of Common Stock by the Company pursuant to the Purchase Agreement, and subject to the terms and conditions of the Purchase Agreement, the sum of $0.001 per share will be credited to capital and the balance of the offering price per share will be credited to surplus; and

**FURTHER RESOLVED**, that the Authorized Officers are, and each of them hereby is, authorized, in the name and on behalf of the Company, to execute and deliver stock certificates evidencing the shares of Common Stock issued and sold by the Company pursuant to the Purchase Agreement, and subject to the terms and conditions of the Purchase Agreement, such execution and delivery to be conclusive evidence of their authorization in so doing.

## Securities Filings

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized to take all such actions as they, or any of them, deem necessary or advisable under any federal or state securities laws or blue sky laws in connection with the issuance and sale of shares of Common Stock pursuant to the Purchase Agreement, and subject to the terms and conditions of the Purchase Agreement, and to take such other actions as they, or any of them, deem necessary or advisable to exempt the issuance and sale of such Common Stock from the registration and prospectus delivery requirements of the Securities Act of 1933, as amended, or any state securities blue sky laws;

**FURTHER RESOLVED**, that any actions as may have been taken or caused to be taken by any officers of the Company prior to the date of this meeting under any federal or state securities laws or blue sky laws in connection with the issuance and sale of shares of Common Stock pursuant to the Purchase Agreement, and subject to the terms

and conditions of the Purchase Agreement, be and hereby are ratified, approved and confirmed in all respects as the acts and deeds of the Company; and

FURTHER RESOLVED, that if any particular form of resolution was or is required by state or federal authorities in connection with any action authorized by the foregoing resolutions, such required form of resolution will be deemed to have been duly adopted hereby as though it had been expressly set forth herein, and the Authorized Officers, or any of them, may certify the same to have been duly adopted as of the date of this meeting, and to be in full force and effect, provided that the Authorized Officer certifying the same causes a copy of such resolution to be inserted in the minute books of the Company.

## Government Filings

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and directed, for and on behalf of the Company, to cause to be prepared, to execute and, if such filings are considered necessary or appropriate by any such Authorized Officer, to file appropriate notification, report and other forms with the Securities and Exchange Commission and the Nasdaq National Market in connection with the consummation of the transactions contemplated by the Purchase Agreement, and any such other filings as may be required by any applicable legal requirements of the United States or any state thereof or any foreign country, including any competition, securities, foreign investment, foreign takeover, exchange control or similar filings required to be made with any foreign governmental authority or authorities;

FURTHER RESOLVED, that the Authorized Officers be, and each of them individually hereby is, authorized to file all such further documents and to provide such additional information and otherwise take all steps necessary and appropriate to satisfy all such governmental or Nasdaq National Market filing requirements;

FURTHER RESOLVED, that any actions as may have been taken or caused to be taken by any officers of the Company prior to the date of this meeting to file appropriate notification, report or other forms with the Securities and Exchange Commission and the Nasdaq National Market, and any such other filings as may be required by any applicable legal requirements of the United States or any state thereof or any foreign country, including any competition, securities, foreign investment, foreign takeover, exchange control or similar filings required to be made with any foreign governmental authority or authorities, in connection with the issuance and sale of shares of Common Stock pursuant to the Purchase Agreement, and subject to the terms and conditions of the Purchase Agreement, be and hereby are ratified, approved and confirmed in all respects as the acts and deeds of the Company; and

FURTHER RESOLVED, that if any particular form of resolution was or is required by the Securities and Exchange Commission or the Nasdaq National Market, or any foreign governmental authority or authorities, in connection with any action authorized by the foregoing resolutions, such required form of resolution will be deemed to have been duly adopted hereby as though it had been expressly set forth herein, and the

Authorized Officers, or any of them, may certify the same to have been duly adopted as of the date of this meeting, and to be in full force and effect, provided that the Authorized Officer certifying the same causes a copy of such resolution to be inserted in the minute books of the Company.

## Pledge of Securities

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to direct MTC and its officers to execute and deliver any pledge agreement, any security documents or any other documents, or any amendment thereto (the "*Security Documents*"), as determined by the Authorized Officers or the officers of MTC, or any of them, to be necessary to fulfil MTC's or the Company's obligations and pledge the securities of ICI under the terms of the Credit and Security Agreement, dated as of January 31, 2003, by and among the Company, MTC, the financial institutions named therein and National City Bank, with such additions, deletions, changes or modifications as such Authorized Officer or officer of MTC executing the same shall approve, such execution and delivery to conclusively evidence the authorization and approval thereof by the Company, and are each hereby authorized and empowered to cause the Company to perform its obligations and exercise its rights, and to direct MTC and its officers to perform its obligations and exercise its rights, under the Security Documents and to take any other action and make any such filings as such Authorized Officer or officer of MTC deems necessary or desirable in connection with the execution, delivery and performance of the Security Documents and the consummation of the transactions contemplated thereby; and

FURTHER RESOLVED, that if any particular form of resolution was or is required in connection with any action authorized by the foregoing resolution, such required form of resolution will be deemed to have been duly adopted hereby as though it had been expressly set forth herein, and the Authorized Officers, or any of them, may certify the same to have been duly adopted as of the date of this meeting, and to be in full force and effect, provided that the Authorized Officer certifying the same causes a copy of such resolution to be inserted in the minute books of the Company.

## General

RESOLVED, that any and all actions previously or subsequently taken or caused to be taken by the Authorized Officers, or any of them, including without limitation, the execution of Transaction Documents, in connection with any of the matters contemplated by any of the foregoing resolutions, are hereby acknowledged to be duly authorized acts and deeds performed on behalf of the Company and are hereby ratified, approved and confirmed in all respects; and

CLI-1126378v2

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered to do or cause to be done, in the name and on behalf of the Company, any and all such other acts and things and to negotiate, execute, attest, seal, deliver and/or file in the name and on behalf of the Company, any and all such agreements, consents, certificates, financing statements, documents and instruments as such Authorized Officer or Authorized Officers may deem necessary, advisable or appropriate to effectuate the foregoing resolutions or to implement the intent and purposes of such resolutions, and any agreement, consent, certificate, financing statement, document, or instrument so executed or act or thing so done or caused to be done by them, or any of them, shall be conclusive evidence of such Authorized Officer's or Authorized Officers' authority in so doing.

## ANNEX A

Stock Purchase Agreement by and among the Company, Modern Technologies Corp. and the shareholders of ICI listed on the signature page of the Stock Purchase Agreement

Registration Rights Agreement by and among the Company and the shareholders of ICI listed on the signature page of the Stock Purchase Agreement

# EXHIBIT C TO DECLARATION OF THERESE C. MOHN

# MODERN TECHNOLOGIES CORP.

## WRITTEN ACTION OF THE SOLE SHAREHOLDER WITHOUT A MEETING

Pursuant to Section 1701.54 of the Ohio Revised Code, the undersigned, being the sole shareholder (the "*MTC Shareholder*") of Modern Technologies Corp., an Ohio corporation (the "*Company*"), hereby adopts, by this Written Action of the Sole Shareholder Without a Meeting, as of October 1, 2003, the following resolutions with the same force and effect as if they had been unanimously adopted at a duly convened meeting of the shareholder of the Company:

### Stock Purchase Agreement and Related Transactions

**RESOLVED**, that, based on its review of all material and relevant factors, including, without limitation, the terms of the form Stock Purchase Agreement (the "*Purchase Agreement*") by and among the Company, MTC Technologies, Inc., a Delaware corporation and parent of the Company ("*MTCT*"), and the shareholders of International Consultants, Inc. ("*ICI*") listed on the signature page of the Purchase Agreement (collectively, the "*Shareholders*"), and the transactions contemplated thereby and the interests of Rajesh K. Soin in, and his relationship to the Shareholders who are parties to, the Purchase Agreement and the transactions contemplated thereby, the MTC Shareholder approves and adopts the Purchase Agreement and the transactions contemplated thereby;

**FURTHER RESOLVED**, that the Company be, and it hereby is, authorized and empowered to enter into the Purchase Agreement and all other agreements and instruments executed and delivered or to be executed and delivered by the Company in connection with the Purchase Agreement, including, without limitation, the Ancillary Agreements, including those agreements specifically set forth on **Exhibit A** (collectively, the "*Transaction Documents*"), in the form presented to the MTC Shareholder, with such additions, deletions, completions and modifications to such Transaction Documents as the officers of the Company (each, an "*Authorized Officer*" and collectively, the "*Authorized Officers*"), or any of them, may approve, providing for the acquisition by the Company of all of the issued and outstanding shares of ICI, on the terms and subject to the conditions contained in the Purchase Agreement; and

**FURTHER RESOLVED**, that any of the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to execute and deliver the Purchase Agreement, the Ancillary Agreements, as applicable, and the Transaction Documents, as applicable, with such additions, deletions, changes or modifications as such Authorized Officer executing the same shall approve, such execution and delivery to conclusively evidence the authorization and approval thereof by the Company, and are each hereby authorized and empowered to cause the Company to perform its obligations and exercise its rights under the Transaction Documents and to take any other action and make any such filings as such Authorized Officer deems necessary or desirable in

connection with the execution, delivery and performance of the Purchase Agreement, the Ancillary Agreements, as applicable, and the Transaction Documents, as applicable, and the consummation of the transactions contemplated thereby.

## Pledge of Securities

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to execute and deliver any pledge agreement, any security documents or any other documents, or any amendment thereto (the *"Security Documents"*), as determined by the Authorized Officers, or any of them, to be necessary for the Company to fulfil its obligations and pledge the securities of ICI under the terms of the Credit and Security Agreement, dated as of January 31, 2003, by and among the Company, MTC Technologies, Inc., the financial institutions named therein and National City Bank, with such additions, deletions, changes or modifications as such Authorized Officer executing the same shall approve, such execution and delivery to conclusively evidence the authorization and approval thereof by the Company, and are each hereby authorized and empowered to cause the Company to perform its obligations and exercise its rights under the Security Documents and to take any other action and make any such filings as such Authorized Officer deems necessary or desirable in connection with the execution, delivery and performance of the Security Documents and the consummation of the transactions contemplated thereby; and

FURTHER RESOLVED, that if any particular form of resolution was or is required in connection with any action authorized by the foregoing resolution, such required form of resolution will be deemed to have been duly adopted hereby as though it had been expressly set forth herein, and the Authorized Officers, or any of them, may certify the same to have been duly adopted as of the date of this Written Action of the Sole Shareholder Without a Meeting, and to be in full force and effect, provided that the Authorized Officer certifying the same causes a copy of such resolution to be inserted in the minute books of the Company.

## General

RESOLVED, that any and all actions previously or subsequently taken or caused to be taken by the Authorized Officers, or any of them, including without limitation, the execution of Transaction Documents, in connection with any of the matters contemplated by any of the foregoing resolutions, are hereby acknowledged to be duly authorized acts and deeds performed on behalf of the Company and are hereby ratified, approved and confirmed in all respects; and

CLI-1121096v4

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered to do or cause to be done, in the name and on behalf of the Company, any and all such other acts and things and to negotiate, execute, attest, seal, deliver and/or file in the name and on behalf of the Company, any and all such agreements, consents, certificates, financing statements, documents and instruments as such Authorized Officer or Authorized Officers may deem necessary, advisable or appropriate to effectuate the foregoing resolutions or to implement the intent and purposes of such resolutions, and any agreement, consent, certificate, financing statement, document, or instrument so executed or act or thing so done or caused to be done by them, or any of them, shall be conclusive evidence of such Authorized Officer's or Authorized Officers' authority in so doing.

**[SIGNATURES ON FOLLOWING PAGE]**

- 3 -

**IN WITNESS WHEREOF**, the undersigned has adopted this Written Action of the Sole Shareholder Without a Meeting as of the date first above written.

MTC TECHNOLOGIES, INC.

By: _____

Name: David S. Gutridge

Title: Executive Vice President and Chief
Financial Officer

## EXHIBIT A

Stock Purchase Agreement by and among the Company, MTC Technologies, Inc. and the shareholders of ICI listed on the signature page of the Stock Purchase Agreement

Non-Competition Agreement by and among the Company, ICI and the shareholders of ICI listed on the signature page of the Stock Purchase Agreement

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that I am a member of the Bar of this Court and that on this 4th

day of March 2005, I caused the foregoing Declaration of Therese C. Mohn to be served

on each of the following attorneys for plaintiff:

> <u>Via Electronic Filing</u>
> Theodore J. Tacconelli
> FERRY, JOSEPH & PEARCE, P.A.
> 824 Market Street
> Suite 904
> P.O. Box 1351
> Wilmington, Delaware 19899
>
> <u>Via First-Class U.S. Mail Postage Prepaid</u>
> Paul D. Wexler
> BRAGAR WEXLER EAGEL & MORGENSTERN, P.C.
> 885 Third Avenue
> New York, New York 10022
>
> and
>
> Glenn F. Ostrager
> OSTRAGER CHONG FLAHERTY & BROITMAN P.C.
> 250 Park Avenue
> New York, New York 10177-0899

and on each of the following attorneys for nominal defendant MTC Technologies:

> <u>Via Hand Delivery</u>
> Robert Stearn, Jr.
> Richards, Layton & Finger
> One Rodney Square
> 920 North King Street
> Wilmington, Delaware 19801

> *Richard L. Horwitz /by Ben*
> Richard L. Horwitz (DSB ID No. 2246)
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Post Office Box 951
> Wilmington, Delaware  19899-0951
> Tel:  (302) 984-6000
> E-mail:  rhorwitz@potteranderson.com
> Attorney for Defendant Rajesh K. Soin