IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FTR CONSULTING, INC., derivatively on behalf of MTC TECHNOLOGIES, INC. ) ) ) | |
| Plaintiff, ) | C. A. No. 05-00008 (KAJ) |
| ) v. ) ) | |
| RAJESH K. SOIN, VISHAL SOIN, AMOL SOIN, INDU SOIN and MTC TECHNOLOGIES, INC., ) ) ) ) | |
| Defendants. ) | |

## STIPULATION FOR EXTENSION OF TIME

The parties, subject to the approval of the Court, hereby stipulate and agree that the time in which all Defendants may respond to the Complaint is hereby extended until the date 20 days following the Court's ruling on Defendant Rajesh Soin's Motion to Stay (D.I. 3), if such motion is denied, or 20 days after the stay is lifted, if such motion is granted.

FERRY, JOSEPH & PEARCE, P.A.                    POTTER ANDERSON & CORROON LLP

By: /s/ Theodore J. Tacconelli                       By: /s/ Richard L. Horwitz /een (#3186)
Theodore J. Tacconelli (#2678)                   Richard L. Horwitz (#2246)
824 Market Street                                       Hercules Plaza, 6th Floor
Suite 904                                                    1313 North Market Street
Wilmington, DE 19801                                 Wilmington, DE 19801
Tel: (302) 575-1555                                      Tel: (302) 984-6000
Fax: (302) 575-1714                                    Fax: (302) 658-1192

*Attorneys for Plaintiff*                                *Attorneys for Defendants Rajesh K. Soin, Vishal Soin, Amol Soin, and Indu Soin*

RICHARDS LAYTON & FINGER P.A.

By: _____
Robert J. Stearn, Jr. (#2915)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: (302) 651-7700
Fax: (302) 651-7701

*Attorneys for Defendant*
*MTC Technologies, Inc.*


       IT IS SO ORDERED this _____ day of _____, 2005.


                                   _____
                                   U.S. District Court Judge