IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FTR CONSULTING, INC., derivatively on behalf of MTC TECHNOLOGIES, INC., <br><br>Plaintiff, <br><br>v. <br><br>RAJESH K. SOIN, VISHAL SOIN, AMOL SOIN, INDU SOIN and MTC TECHNOLOGIES, INC., <br><br>Defendants. | C.A. No. 05-8 (KAJ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Glenn F. Ostrager, Esquire to represent the Plaintiff in this matter.

FERRY, JOSEPH & PEARCE, P.A.

_/s/ Theodore J. Tacconelli_
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
Wilmington, DE 19899
(302) 575-1555
Local Counsel for Plaintiff

Dated: March 16, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

DATED: _____        _____
                                                      United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standard Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

DATED: February 24, 2005

Glenn F. Ostrager
(NY Attorney Reg. No. 1508456 )

OSTRAGER CHONG FLAHERTY
 & BROITMAN P.C.
250 Park Avenue, Suite 825
New York, NY 10177-0899
Telephone:    (212) 681-0600

CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2005, I electronically filed *Motion and Order for Admission pro have vice [of Glenn F. Ostrager, Esquire]* with the Clerk of Court using the CM/ECF which will send notification of such filings to the following:

Robert J. Stearn, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Richard Horowitz, Esquire
Erica L. Niezgoda, Esquire
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

I hereby certify that on March 16, 2005, I have mailed, by United States Postal Service, the document to the following non-registered participant:

Geoffrey Ritts, Esquire
Jones Day
North Point
901 Lakeside Ave.
Cleveland, OH 44144

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
(302) 575-1555
ttacconelli@ferryjoseph.com