IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 MAY 10 PM 4:47

| | |
|---|---|
| FTR CONSULTING INC., derivatively on behalf of MTC TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>RAJESH K. SOIN, et al.<br><br>Defendants. | Civil Action No. 05-008-KAJ |

## ORDER

Having considered Defendant Rajesh Soin's Motion to Stay (Docket Item ["D.I."] 3; the "Motion") and the briefing submitted in support of and in opposition thereto, and having determined that the SEC's proposed clarifying amendment to SEC Rule 16b-3 is likely to be of significant relevance to the issues in dispute in this case,

IT IS HEREBY ORDERED that the Motion is GRANTED and that this matter is and shall remain stayed until further order of the court. The parties are directed to advise the court promptly of any developments related to the proposed amendment or of any other matter which may affect the propriety of the stay granted by this order.

UNITED STATES DISTRICT JUDGE

Dated: May 10, 2005
Wilmington, Delaware