**BRAGAR WEXLER EAGEL & MORGENSTERN, P.C.**
ATTORNEYS AT LAW
885 THIRD AVENUE, SUITE 3040
NEW YORK, NEW YORK 10022
(212) 308-5858
FACSIMILE: (212) 486-0462

August 11, 2005

PAUL D. WEXLER

E-MAIL: wexler@bragarwexler.com

Hon. Kent A. Jordan
United States District Judge
District of Delaware
844 North King Street
Wilmington, Delaware 19801

        Re:  FTR Consulting, Inc. v. Soin
              <u>Civil Action 05-008 (KAJ)</u>

Dear Judge Jordan:

    We are attorneys for plaintiff.

    By order dated May 10, 2005, in response to defendants' motion, this Court stayed all proceedings in anticipation of an amendment to SEC Rule 16b-3. On August 3, 2005, the SEC adopted the proposed rule and thus there appears to be no reason for this case to be stayed any longer. We ask that the Court vacate the stay and allow the case to proceed. Plaintiff continues to believe that the new rules have no effect on the viability of this case.

    We await advice from the Court as to how to proceed.

                                       Respectfully submitted,

                                       Paul D. Wexler

cc: All counsel