IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FTR CONSULTING, INC., derivatively on behalf of MTC TECHNOLOGIES, INC., | ) ) ) | C.A. No. 05-00008 (KAJ) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| RAJESH K. SOIN, VISHAL SOIN, AMOL SOIN, INDU SOIN and MTC TECHNOLOGIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATED ORDER FOR LIFTING OF STAY AND EXTENSION OF TIME

The parties hereby stipulate and agree, subject to approval of the Court, that the stay entered by the Court in this action on May 10, 2005 be lifted as of the date of this order.

The parties further stipulate and agree, subject to approval of the Court, that the time in which all Defendants may file a motion to dismiss or otherwise respond to the Complaint is hereby extended until the date 45 days after the date of this order.

The parties also stipulate and agree that Plaintiff will have 30 days to respond to Defendants' motion to dismiss and Defendants will have 15 days to file their reply.

[SIGNATURE PAGE FOLLOWS]

| | |
|---|---|
| FERRY, JOSEPH & PEARCE, P.A. | POTTER ANDERSON & CORROON, LLP |

*/s/ Theodore J. Tacconelli*

Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
Wilmington, DE 19899
Ph.: (302) 575-1555
Fax: (302) 575-1714

Attorneys for Plaintiff

*/s/ Melony Anderson*

Richard L. Horwitz (No. 2246)
Melony Anderson (No. 4377)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Ph.: (302) 984-6027
Fax: (302) 658-1192

Attorneys for Defendant Rajesh K. Soin,
Vishal Soin, Amol and Indu Soin

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Robert J. Stearn, Jr.*

Robert J. Stearn, Jr. (No. 2915)
One Rodney Square
Wilmington, DE 19801
Ph.: (302) 651-7830
Fax: (302) 651-7701

Attorneys for Defendant
MTC Technologies, Inc.

IT IS HEREBY ORDERED this _____ day of _____, 2005.

DATED: _____     _____
                            United States District Judge