# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FTR CONSULTING, INC., derivatively on behalf of MTC TECHNOLOGIES, INC. | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 05-00008 (KAJ) |
| v. | ) ) | |
| RAJESH K. SOIN, VISHAL SOIN, AMOL SOIN, INDU SOIN and MTC TECHNOLOGIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Rajesh, Vishal, Amol and Indu Soin respectfully move to dismiss Plaintiff's complaint. As explained in the accompanying memorandum, the Complaint fails to allege any grounds for establishing liability under Section 16(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78p(b). The only "purchase" of securities alleged in the complaint is not a "purchase" at all within the meaning of the Rule 16b-3. The August 2005 clarifying amendment to Rule 16b-3 adopted by the U.S. Securities and Exchange Commission makes it clear that Rule 16b-3 disposes of this case entirely. Because the complaint does not allege a purchase and sale of securities by any of the defendants within a six-month period, the complaint should be dismissed with prejudice.

The grounds for this motion are set forth more fully in the accompanying brief, which is incorporated by reference.

Respectfully submitted,

/s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
Melony R. Anderson (#4377)
Kirsten A. Lynch (#4573)
POTTER ANDERSON & CORROON LLP
Of Counsel:                                    Hercules Plaza, 6th Floor
                                               1313 North Market Street
Geoffrey J. Ritts                              Wilmington, DE  19801
Salim A. Kafiti                                Tel:  (302) 984-6000
JONES DAY                                      Fax:  (302) 658-1192
North Point                                    horwitz@potteranderson.com
901 Lakeside Avenue                            manderson@potteranderson.com
Cleveland, Ohio 44114                          klynch@potteranderson.com
Tel:  (216) 586-3939
Fax:  (216) 579-0212                           Attorneys for Defendants Rajesh K. Soin,
                                               Vishal Soin, Amol Soin and Indu Soin

Dated:  October 11, 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on October 11, 2005, the attached document was served via hand delivery and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Theodore J. Tacconelli | Robert Stearn, Jr. |
| FERRY, JOSEPH & PEARCE, P.A. | RICHARDS, LAYTON & FINGER |
| 824 Market Street | One Rodney Square |
| Suite 904 | 920 North King Street |
| P.O. Box 1351 | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19899 | |

I hereby certify that on October 11, 2005, the attached document was served via first class mail to the following non-registered participants:

| | |
|---|---|
| Paul D. Wexler | Glenn F. Ostrager |
| BRAGAR WEXLER EAGEL & | OSTRAGER CHONG FLAHERTY & |
| MORGENSTERN, P.C. | BROITMAN P.C. |
| 885 Third Avenue | 250 Park Avenue |
| New York, New York 10022 | New York, New York 10177-0899 |

/s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
manderson@potteranderson.com
klynch@potteranderson.com

Attorney for Defendants Rajesh K. Soin,
Vishal Soin, Amol Soin and Indu Soin