IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FTR CONSULTING, INC., derivatively on behalf of MTC TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>RAJESH K. SOIN, VISHAL SOIN, AMOL SOIN, INDU SOIN and MTC TECHNOLOGIES, INC.,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-00008 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>) |

### RESPONSE TO COMPLAINT

MTC Technologies, Inc. ("MTC") is a nominal defendant in this action and plaintiff FTR Consulting, Inc. ("FTR") alleges no claims against MTC. Rather, FTR purports to sue on behalf of MTC. Accordingly, at this time, MTC need not incur the burden and expense of responding to FTR's Complaint.

Dated: October 11, 2005
Wilmington, Delaware

_/s/ Robert J. Stearn_
Robert J. Stearn, Jr. (No. 2915)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Attorneys for Nominal Defendant
MTC Technologies, Inc.

RLF1-2932623-1