## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2005, a copy of the foregoing Response to the Complaint was served in the manner indicated upon the following counsel of record:

**VIA HAND DELIVERY**

Theodore J. Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market Street, Ste. 904
Wilmington, Delaware 19801

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Flr.
1313 North Market Street
Wilmington, DE 19801

**VIA REGULAR MAIL**

Geoffrey J. Ritts
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

_____
Robert J. Stearn, Jr. (#2915)

RLF1-2932754-1