**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FTR CONSULTING, INC., derivatively on behalf of MTC TECHNOLOGIES, INC. ) ) ) | |
| Plaintiff, ) ) | C. A. No. 05-00008 (KAJ) |
| v. ) ) | |
| RAJESH K. SOIN, VISHAL SOIN, AMOL SOIN, INDU SOIN and MTC TECHNOLOGIES, INC., ) ) ) ) ) | |
| Defendants. ) | |

**DECLARATION OF RICHARD L. HORWITZ**

Of Counsel:

Geoffrey J. Ritts
Salim A. Kafiti
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Tel:  (216) 586-3939
Fax: (216) 579-0212

Dated:  October 11, 2005

Richard L. Horwitz (#2246)
Melony R. Anderson (#4377)
Kirsten A. Lynch (#4573)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
manderson@potteranderson.com
klynch@potteranderson.com

Attorneys for Defendants Rajesh K. Soin,
Vishal Soin, Amol Soin and Indu Soin

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FTR CONSULTING, INC., derivatively on behalf of MTC TECHNOLOGIES, INC. | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 05-00008 (KAJ) |
| v. | ) ) ) | |
| RAJESH K. SOIN, VISHAL SOIN, AMOL SOIN, INDU SOIN and MTC TECHNOLOGIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF RICHARD L. HORWITZ

I, Richard L. Horwitz, do declare as follows:

1. I am a member of the bar of the State of Delaware and partner in the law firm of Potter Anderson & Corroon LLP, counsel for Defendant Rajesh Soin in the above-captioned case. I submit this declaration in support of Defendant Rajesh Soin's Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of MTC Technologies, Inc. Form 8-K, dated October 1, 2003.

3. Attached hereto as Exhibit B is a true and correct copy of MTC Technologies, Inc. Definitive Proxy Statement, dated March 22, 2004.

I declare under penalty of perjury of the laws of the United States that the foregoing is true to the best of my knowledge and belief.

DATED this 11th day of October, 2005.

                                                              /s/ Richard L. Horwitz
                                                                 Richard L. Horwitz

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on October 11, 2005, the attached document was served via hand delivery and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Theodore J. Tacconelli<br>FERRY, JOSEPH & PEARCE, P.A.<br>824 Market Street<br>Suite 904<br>P.O. Box 1351<br>Wilmington, Delaware 19899 | Robert Stearn, Jr.<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801 |

I hereby certify that on October 11, 2005, the attached document was served via first class mail to the following non-registered participants:

| | |
|---|---|
| Paul D. Wexler<br>BRAGAR WEXLER EAGEL &<br>MORGENSTERN, P.C.<br>885 Third Avenue<br>New York, New York 10022 | Glenn F. Ostrager<br>OSTRAGER CHONG FLAHERTY &<br>BROITMAN P.C.<br>250 Park Avenue<br>New York, New York 10177-0899 |

/s/ Richard L. Horwitz
Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com

Attorney for Defendants Rajesh K. Soin,
Vishal Soin, Amol Soin and Indu Soin