UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CHAMBERS OF**
**KENT A. JORDAN**
**DISTRICT JUDGE**

**LOCKBOX 10**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**

October 13, 2005

Theodore J. Tacconelli, Esq.
Ferry, Joseph & Pearce, PA
824 Market Street - #904
Wilmington, DE  19801

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street - 6th Fl.
Wilmington, DE  19801

Robert J. Stearn, Jr., Esq.
Richards, Layton & Finger, PA
One Rodney Square
Wilmington, DE 19801

    Re:    FTR Consulting, Inc. v. Rajesh K. Soin, et al.
             Civil Action No. 05-008-KAJ

Dear Counsel:

    I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

                                Very truly yours,

                                Kent A. Jordan

KAJ:cas
Enclosure
cc:    Clerk of the Court