

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

October 21, 2005

**VIA E-FILING**

The Honorable Kent A. Jordan
United States District Court for the District of Delaware
844 North King Street
Room 6325, Lockbox 10
Wilmington, DE 19801

   Re: **FTR Consulting, Inc. v. Soin et al**
      **C.A. No. 05-00008 (KAJ)**

Dear Judge Jordan:

  Defendants have reviewed Your Honor's October 13, 2005 letter, and jointly request that the Court defer entry of a Scheduling Order until after ruling on defendants' motion to dismiss. No discovery is necessary for the Court to rule on the motion. Defendants' motion to dismiss simply points out that the Securities and Exchange Commission's newly-adopted clarifying amendment to Rule 16b-3 is dispositive, and should lead to the dismissal of the plaintiff's complaint. In fact, this Court previously obviated the need for a Scheduling Order when it entered a stay in this case pending the SEC's formal adoption of amended Rule 16b-3.

  Now that the SEC has clarified its pre-amendment interpretation of Rule 16b-3 by formally adopting the proposed amendment, the same reasons justifying the stay -- conserving the parties resources and promoting judicial economy and efficiency -- support postponing the Scheduling Order until after the Court rules on defendants' motion to dismiss. If defendants' motion is granted, then no Scheduling Order would be necessary. Only if the motion is denied will the parties need to confer and recommend a schedule for proceeding through discovery and trial. That process can be conducted just as easily, if necessary, after Your Honor rules on whether SEC Rule 16b-3 completely disposes of plaintiff's case. We also note for the Court that Judge Sleet has scheduled oral argument for November 1, 2005, on the identical issue, in <u>Levy v. Sterling Holding Company et al</u> (see attached Order).

  Therefore, defendants request that the case scheduling procedure set forth by Your Honor's October 13, 2005 letter to counsel be postponed until a ruling is reached on

The Honorable Kent A. Jordan
October 21, 2005
Page 2

defendants' motion to dismiss, and we have been informed by plaintiff's counsel that plaintiff does not oppose this request. Counsel are available at the Court's convenience if Your Honor has any questions.

                                                Respectfully,

                                                */s/ Richard L. Horwitz*

                                                Richard L. Horwitz

Enclosure
704426

cc:    Theodore J. Taconelli (via facsimile)
        Paul D. Wexler (via facsimile)
        Robert J. Stearn, Jr. (via facsimile)
        Glenn F. Ostrager (via facsimile)
        Geoffrey J. Ritts (via facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK LEVY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STERLING HOLDING COMPANY, )<br>LLC, NATIONAL SEMICONDUCTOR )<br>CORPORATION, and FAIRCHILD )<br>SEMICONDUCTOR INTERNATIONAL, )<br>INC., )<br>)<br>Defendants. ) | Civil Action No. 00-994 (GMS) |

## ORDER

WHEREAS, on September 27, 2004, the court issued an Order (D.I. 223) staying the above-captioned case pending a final action by the Securities and Exchange Commission (the "SEC") regarding proposed clarifying amendments to SEC Rules 16b-3 and 16b-7;

WHEREAS, on January 13, 2005, the plaintiff filed a motion to lift the stay (D.I. 225);

WHEREAS, on February 4, 2005, the parties completed briefing on the motion; and

WHEREAS, on August 3, 2005, the SEC adopted the clarifying amendments to Rules 16b-3 and 16b-7;

IT IS HEREBY ORDERED that:

1. The plaintiff's Motion to Lift the Stay of Proceedings (D.I. 225) is DENIED as moot.

2. The plaintiff shall file an opening brief, according to the format set forth in the local rules of the District of Delaware, no later than **September 1, 2005**, regarding: (a) whether the amendments adopted in the *Ownership Reports and Trading by Officers,*

*Directors and Principal Security Holders*, SEC Release Nos. 33-8600; 34-52202; 35-28013; IC-27025 (Aug. 3, 2005) (the "Adopting Release") are legislative or clarifying/interpretive; and (b) whether the court should apply the Adopting Release amendments retroactively if it concludes that they are clarifying/interpretive.

3. The defendants shall file an answering brief, according to the format set forth in the local rules of the District of Delaware, no later than **September 15, 2005**.

4. The plaintiff shall file a reply brief, according to the format set forth in the local rules of the District of Delaware, no later than **September 22, 2005**.

5. Oral argument regarding the two issues set forth above has been set for **Tuesday, November 1, 2005, at 10:00 a.m.** at the United States Courthouse, 844 King Street, Wilmington, Delaware in Courtroom 4A. Counsel with primary responsibility for this case shall appear.

Dated: August 11, 2005                                          /s/ Gregory M. Sleet
                                                                UNITED STATES DISTRICT JUDGE