# FERRY, JOSEPH & PEARCE, P. A.

ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

(302) 575-1555

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER ++
THOMAS R. RIGGS

TELEFAX
(302) 575-1714

www.ferryjoseph.com

ARTHUR F. DISABATINO
(1938-2001)

October 24, 2005

(*ALSO PA BAR)
(+ALSO NJ BAR)
(**ALSO FL, MA AND NY BARS)
(++NJ BAR ONLY)

**BY HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

     RE:    **FTR Consulting, Inc. v. Soin, et al.**
             **C.A. No.: 05-8 (KAJ)**

Dear Judge Jordan:

     This firm serves as local counsel for the Plaintiff in this action assigned to Your Honor. To be clear, the Plaintiff takes no position on whether or not it would be appropriate to enter a scheduling order at this time and the Plaintiff believes that this is a matter that the Court should handle in the manner it finds appropriate.

     Nevertheless, the Plaintiff feels constrained to respond to Defendants' characterization of the strength of the pending motion. The Plaintiff strongly disagrees with positions taken by the Defendants in this motion. The Plaintiff believes that the new SEC rule is irrelevant to this case because, inter alia, it applies only to transactions between the issuer and the issuer's officers and directors. The transaction for which Defendants seek an exemption in this case was between the issuer and the three individuals who were neither officers and directors of MTC Technologies. For that reason and a number of other reasons that will be raised in the formal opposition to the motion, the Plaintiff believes that the pending motion lacks merit.

The Honorable Kent A. Jordan
October 24, 2005
Page Two

      If Your Honor has any questions regarding this matter counsel for the Plaintiff will be available at the convenience of the Court.

      Respectfully,

      THEODORE J. TACCONELLI

TJT/meh
cc:  Richard L. Horwitz, Esq. (by hand)
     Paul B. Wexler, Esq. (by fax)
     Glenn F. Ostrager, Esq. (by fax)
     Robert J. Stearn, Jr., Esq. (by hand)
     Geoffrey Ritts, Esq. (by fax)