IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FTR CONSULTING, INC., derivatively on behalf of MTC TECHNOLOGIES, INC. | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 05-00008 (KAJ) |
| v. | ) ) ) | |
| RAJESH K. SOIN, VISHAL SOIN, AMOL SOIN, INDU SOIN and MTC TECHNOLOGIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION FOR EXTENSION OF TIME**

The parties hereby stipulate and agree, subject to approval of the Court, that Defendants Rajesh K. Soin, Vishal Soin, Amol Soin and Indu Soin shall have until Wednesday, November 30, 2005 to file their reply in support of their Motion to Dismiss.

FERRY, JOSEPH & PEARCE, P.A.                POTTER, ANDERSON & CORROON LLP

                                            /s/ Melony R. Anderson
_____                 _____
Theodore J. Tacconelli (#2678)              Richard L. Horwitz (#2246)
824 Market Street                           Melony R. Anderson (#4377)
Suite 904                                   Hercules Plaza
P.O. Box 1351                               1313 North Market Street
Wilmington, Delaware 19899                  Wilmington, Delaware 19801
Tele: (302) 575-1555                        Tel: (302) 984-6000
Fax: (302) 575-1714                         Fax: (302) 658-1192

*Attorneys for Plaintiff*                   *Attorneys for Defendant Rajesh K. Soin, Vishal Soin, Amol Soin and Indu Soin*

RICHARDS, LAYTON & FINGER, P.A.

_____
Robert J. Stearn, Jr. (#2915)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tele: (302) 651-7700
Fax: (302) 651-7701

*Attorneys for Defendant MTC Technologies, Inc.*

IT IS SO ORDERED this \_\_\_\_ day of _____, 2005.

_____
U.S. District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FTR CONSULTING, INC., derivatively on behalf of MTC TECHNOLOGIES, INC. | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 05-00008 (KAJ) |
| v. | ) ) ) | |
| RAJESH K. SOIN, VISHAL SOIN, AMOL SOIN, INDU SOIN and MTC TECHNOLOGIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION FOR EXTENSION OF TIME**

The parties hereby stipulate and agree, subject to approval of the Court, that Defendants Rajesh K. Soin, Vishal Soin, Amol Soin and Indu Soin shall have until Wednesday, November 30, 2005 to file their reply in support of their Motion to Dismiss.

FERRY, JOSEPH & PEARCE, P.A.

Theodore J. Tacconelli (#2678)
824 Market Street
Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
Tele: (302) 575-1555
Fax: (302) 575-1714

*Attorneys for Plaintiff*

POTTER, ANDERSON & CORROON LLP

Richard L. Horwitz (#2246)
Melony R. Anderson (#4377)
Hercules Plaza
1313 North Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
Fax: (302) 658-1192

*Attorneys for Defendant Rajesh K. Soin, Vishal Soin, Amol Soin and Indu Soin*

RICHARDS, LAYTON & FINGER, P.A.

/s/ Robert J. Stearn
_____
Robert J. Stearn, Jr. (#2915)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tele: (302) 651-7700
Fax: (302) 651-7701

*Attorneys for Defendant MTC Technologies, Inc.*

2