IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FTR CONSULTING, INC., derivatively on behalf of MTC TECHNOLOGIES, INC. | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 05-00008 (KAJ) |
| v. | ) ) ) | |
| RAJESH K. SOIN, VISHAL SOIN, AMOL SOIN, INDU SOIN and MTC TECHNOLOGIES, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

NOTICE OF SECOND SUPPLEMENTAL AUTHORITY
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Richard L. Horwitz (#2246)
Melony R. Anderson (#4377)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000

Attorney for Defendants Rajesh K. Soin,
Vishal Soin, Amol Soin and Indu Soin

Of Counsel:

Geoffrey J. Ritts
Salim A. Kafiti
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Tel: (216) 586-3939

Dated: May 25, 2006

CLI-1419368v1

Defendants Rajesh, Vishal, Amol and Indu Soin ("Defendants") give notice of the recent *amicus* brief filed by the United States Securities and Exchange Commission ("SEC") at the request of the United States Court of Appeals for the Second Circuit in the case of *Bruh v. Bessemer Venture Partners III L.P.*, No. 05-5271-CV (2nd Cir. May 12, 2006) (attached, Exhibit A), as additional authority supporting their motion to dismiss. The SEC brief *amicus curiae* provides further support that: (1) the SEC had statutory authority to enact the August 2005 amendment to Rule 16b-7 and Rule 16b-3 (the "Amended Rule"); (2) the Amended Rule merely clarified the meaning of Rule 16b-7 and Rule 16b-3; and (3) therefore, the Amended Rule applies to transactions that occurred before it was adopted.

The SEC *amicus* brief is persuasive authority that supports dismissal of plaintiff's complaint. Because the Amended Rule clarified the meaning of both Rule 16b-3 and Rule 16b-7, the SEC's discussion about its authority to interpret its own rules, its authority to adopt the Amended Rule, and the applicability of the Amended Rule to pre-August 2005 transactions applies with equal force to Rule 16b-3. For the reasons articulated by the SEC, and set forth more fully in Defendants' motion to dismiss and supporting memoranda, this Court should dismiss the complaint with prejudice.

Dated:  May 25, 2006

Respectfully submitted,

_Melony R. Anderson_

Richard L. Horwitz (#2246)
Melony R. Anderson (#4377)
POTTER, ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
Wilmington, Delaware 19801
Tel:  (302) 984-6027
Fax:  (302) 658-1192

Attorney for Defendants Rajesh K. Soin,
Vishal Soin, Amol Soin and Indu Soin

Of Counsel:

Geoffrey J. Ritts
Salim A. Kafiti
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Tel:   (216) 586-3939
Fax:  (216) 579-0212

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Melony R. Anderson, hereby certify that on May 25, 2006, the attached document was

served via hand delivery and was electronically filed with the Clerk of the Court using CM/ECF

which will send notification of such filing(s) to the following and the document is available for

viewing and downloading from CM/ECF:

Theodore J. Tacconelli
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street
Suite 904
P.O. Box 1351
Wilmington, Delaware 19899

Robert Stearn, Jr.
RICHARDS, LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

I hereby certify that on May 25, 2006, the attached document was served via first class

mail to the following non-registered participants:

Paul D. Wexler
BRAGAR WEXLER EAGEL &
MORGENSTERN, P.C.
885 Third Avenue
New York, New York 10022

Glenn F. Ostrager
OSTRAGER CHONG FLAHERTY &
BROITMAN P.C.
250 Park Avenue
New York, New York 10177-0899

By: _____

Melony R. Anderson (#4377)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com

Attorney for Defendants Rajesh K. Soin,
Vishal Soin, Amol Soin and Indu Soin