

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

March 26, 2007

<u>**VIA E-FILING**</u>

Magistrate Judge Mary Pat Thynge
United States District Court for the District of Delaware
844 North King Street
Lockbox 8
Wilmington, DE 19801

      Re:    <u>FTR Consulting, Inc. v. Soin et al</u>
             <u>C.A. No. 05-00008 (KAJ)</u>

Dear Magistrate Thynge:

      In accordance with your direction at last Monday's conference, the parties have conferred regarding magistrate judge jurisdiction over either the pending motion to dismiss in this matter, or the case as a whole. I write to report that the parties do not unanimously consent to magistrate judge jurisdiction, either for the pending motion to dismiss or for the case as a whole.

                                      Respectfully,

                                      */s/ Richard L. Horwitz*

                                      Richard L. Horwitz

785577

cc:    Theodore J. Taconelli (via efile)
       Paul D. Wexler (via facsimile)
       Robert J. Stearn, Jr. (via efile)
       Glenn F. Ostrager (via facsimile)
       Geoffrey J. Ritts (via facsimile)