

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

December 21, 2007

**VIA E-FILING**

Magistrate Judge Leonard P. Stark
United States District Court for the District of Delaware
844 North King Street
Lockbox 8
Wilmington, DE  19801

      Re:   **FTR Consulting, Inc. v. Soin et al**
            **C.A. No. 05-00008 (***)**

Dear Magistrate Stark:

      I write on behalf of all parties to this action to confirm that the parties unanimously consent to Your Honor's jurisdiction for the purpose of deciding the individual defendants' pending motion to dismiss, filed on October 11, 2005.

      Counsel are available at the Court's convenience should Your Honor have any questions.

      Respectfully,

      */s/ Richard L. Horwitz*

      Richard L. Horwitz

838837

cc:   Theodore J. Taconelli (via efile)
      Paul D. Wexler (via facsimile)
      Robert J. Stearn, Jr. (via efile)
      Glenn F. Ostrager (via facsimile)
      Geoffrey J. Ritts (via facsimile)