# UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

FTR CONSULTING, INC., derivatively on
behalf of MTC TECHNOLOGIES, INC.,

        Plaintiff,

v.

RAJESH K. SOIN, VISHAL SOIN,
AMOL SOIN, INDU SOIN and
MTC TECHNOLOGIES, INC.,

        Defendants.

CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE OVER DISPOSITIVE MOTIONS DESCRIBED UNDER 28 U.S.C.§ 636(b)(1)(B)

CASE NUMBER: 05-008-***

## CONSENT TO EXERCISE OF JURISDICTION

In accordance with the provisions of 28 U.S.C.§ 636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below.

MOTION(S):  Individual Defendants' Motion to Dismiss filed on October 11, 2005.

| Party Represented | Signatures | Date |
|---|---|---|
| Plaintiffs | [signature] (No 2678) | 1/9/08 |
| Individual Defendants | /s/ Melony R. Anderson | January 8, 2008 |
| Nominal Defendant | [signature] (No. 2915) | |

## ORDER OF REFERENCE

IT IS SO ORDERED that the above motion(s) be referred to the Honorable Leonard P. Stark, United States Magistrate Judge, to conduct all proceedings and enter a final order on such motion(s) in accordance with 28 U.S.C.§ 636(c) and Fed.R.Civ.P.73.

_____  _____
Date                     United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE