IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FTR CONSULTING INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-008 JJF-LPS |
| | : |
| RAJESH K. SOIN, et al., | : |
| | : |
| Defendants. | : |

### O R D E R

WHEREAS, the case was recently reassigned to this Court;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Magistrate Judge Stark shall hear and resolve all pretrial matters, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b) and any further Order of the Court.

2. All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

February 14, 2008
DATE

UNITED STATES DISTRICT JUDGE