IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FTR CONSULTING, INC., derivatively on behalf of MTC TECHNOLOGIES, INC. | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 05-00008 (JJF) |
| v. | ) ) | |
| RAJESH K. SOIN, VISHAL SOIN, AMOL SOIN, INDU SOIN and MTC TECHNOLOGIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS THE ACTION FOR LACK OF STANDING AND LACK OF SUBJECT-MATTER JURISDICTION**

Pursuant to Rules 12(b)(1) and 12(h)(3) of the Federal Rules of Civil Procedure, Defendants Rajesh, Vishal, Amol and Indu Soin respectfully move to dismiss this action due to plaintiff's lack of standing. As explained in the accompanying memorandum, Plaintiff FTR Consulting, Inc. no longer has standing to maintain this action, so the action should be dismissed as a matter of law. In 2005, when plaintiff filed this derivative suit under Section 16(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78p(b), plaintiff allegedly was a shareholder of nominal defendant MTC Technologies, Inc. ("MTC"). As of June 9, 2008, however, all of plaintiff's MTC shares were cancelled and converted, by operation of law, into the right to receive $24.00 per share in cash in a merger between MTC and a wholly owned subsidiary of BAE Systems, Inc. ("BAE Systems"). Accordingly, plaintiff is no longer a shareholder of MTC and no longer has standing to prosecute this action.

The grounds for this motion are set forth more fully in the accompanying memorandum, which is incorporated by reference.

Respectfully submitted,

    */s/ Melony R. Anderson*
Richard L. Horwitz (#2246)
Melony R. Anderson (#4377)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor

Of Counsel:

1313 North Market Street
Wilmington, DE 19801
Geoffrey J. Ritts      Tel: (302) 984-6000
Salim A. Kafiti      Fax: (302) 658-1192
JONES DAY      horwitz@potteranderson.com
North Point      manderson@potteranderson.com
901 Lakeside Avenue
Cleveland, Ohio 44114      Attorneys for Defendants Rajesh K. Soin,
Tel: (216) 586-3939      Vishal Soin, Amol Soin and Indu Soin
Fax: (216) 579-0212

Dated: June 16, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Melony R. Anderson, hereby certify that on June 16, 2008, the attached document was served via hand delivery and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Theodore J. Tacconelli
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street
Suite 904
P.O. Box 1351
Wilmington, Delaware 19899

Robert Stearn, Jr.
RICHARDS, LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

I hereby certify that on June 16, 2008, the attached document was served via first class mail to the following non-registered participants:

Paul D. Wexler
BRAGAR WEXLER EAGEL &
MORGENSTERN, P.C.
885 Third Avenue
New York, New York 10022

Glenn F. Ostrager
OSTRAGER CHONG FLAHERTY &
BROITMAN P.C.
250 Park Avenue
New York, New York 10177-0899

    /s/ Melony R. Anderson
Melony R. Anderson (#4377)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
manderson@potteranderson.com

Attorney for Defendants Rajesh K. Soin,
Vishal Soin, Amol Soin and Indu Soin