IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FTR CONSULTING INC., derivatively on behalf of MTC TECHNOLOGY, INC. </br></br> Plaintiff, </br></br> v. </br></br> RAJESH K. SOIN, VISHAL SOIN, AMOL SOIN, INDU SOIN and MTC TECHNOLOGIES, INC., </br></br> Defendants. | ) ) ) ) ) ) Civil Action No. 05-008-JJF-LPS ) ) ) ) ) ) ) ) |

### ORDER

At Wilmington this **24th** day of **June, 2008.**

IT IS HEREBY ORDERED that a teleconference is scheduled for **Tuesday, July 1, 2008 at 10:00 a.m.** with Magistrate Judge Stark to discuss the status of the case. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

UNITED STATES MAGISTRATE JUDGE