### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FTR CONSULTING, INC., derivatively on behalf of MTC TECHNOLOGIES, INC. | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 05-00008 (JJF) |
| v. | ) ) | |
| RAJESH K. SOIN, VISHAL SOIN, AMOL SOIN, INDU SOIN and MTC TECHNOLOGIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

### STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

The parties hereby stipulate, through undersigned counsel and subject to the approval of the Court, that this action shall be voluntarily dismissed without prejudice pursuant to Rule 23.1(c), because as a result of the merger between MTC Technologies Inc. and a wholly-owned subsidiary of BAE Systems, Inc., plaintiff is no longer a shareholder of MTC and no longer has standing to prosecute this action. The parties state that no compensation in any form has passed directly or indirectly from any of the defendants to the plaintiff or plaintiff's attorneys and that no promise to give any such compensation has been made.

| FERRY, JOSEPH & PEARCE, P.A. | POTTER, ANDERSON & CORROON LLP |
|---|---|
| */s/ Theodore J. Tacconelli* | */s/ Melony R. Anderson* |
| Theodore J. Tacconelli (#2678) | Richard L. Horwitz (#2246) |
| 824 Market Street | Melony R. Anderson (#4377) |
| Suite 904 | Hercules Plaza |
| P.O. Box 1351 | 1313 North Market Street |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19801 |
| Tele: (302) 575-1555 | Tel: (302) 984-6000 |
| Fax: (302) 575-1714 | Fax: (302) 658-1192 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Rajesh K. Soin, Vishal Soin, Amol Soin and Indu Soin* |

RICHARDS, LAYTON & FINGER P.A.

*Robert J. Stearn, Jr.*
Robert J. Stearn, Jr. (#2915)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tele: (302) 651-7700
Fax: (302) 651-7701

*Attorneys for Defendant MTC Technologies, Inc.*

      IT IS SO ORDERED this ____ day of _____, 2008.

                                                U.S. District Court Judge