IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FTR Consulting Inc., derivatively on behalf of MTC Technology, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Rajesh K. Soin, Vishal Soin, Amol Soin, Indu Soin and MTC Technologies, Inc.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: Civ. No. 05-08-JJF-LPS<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **26th** day of **June, 2008:**

**WHEREAS**, the parties having informed the Court through counsel that this action shall be dismissed without prejudice pursuant to Rule 23.(c).

**IT IS THEREFORE ORDERED** that the status teleconference set for July 1st, 2008 at 10:00 a.m. with Magistrate Judge Stark is hereby **CANCELED**.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE